UNITED STATES DISTRICT COURT DISTRICT OF ARIZONA

## Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

| | |
|---|---|
| **Plaintiff**(s):  **Hamidreza Esmaeili , ;** | **Defendant**(s):  **John Cantu , ; Todd Lyons , ; Luis Rosa , ; Pamela Bondi , ; Kristi Noem , ;** |
| County of Residence: Pinal | County of Residence: Maricopa |
| County Where Claim For Relief Arose: Pinal | |

Plaintiff's Atty(s):

**Gregory Kuykendall ,**
Kuykendall & Associates
531 S. Convent Ave
Tucson, Arizona  85701
(520) 275-1597
**Alyssa Dormer ,**
Kuykendall & Associates
531 S. Convent Ave
Tucson, Arizona  85701
(520) 792-8033
**Andrew Heinrich ,**
Project Rousseau
1560 Broadway
New York, New York  10036
(917) 734-7219

Defendant's Atty(s):

,

,

---

**IFP REQUESTED**

---

**REMOVAL FROM COUNTY, CASE #**

---

| | |
|---|---|
| II. Basis of Jurisdiction: | **2. U.S. Government Defendant** |
| III. Citizenship of Principal Parties**(Diversity Cases Only)** | |
| Plaintiff:- | **N/A** |
| Defendant:- | **N/A** |
| IV. Origin : | **1. Original Proceeding** |
| V. Nature of Suit: | **540 Mandamus & Other** |
| VI.Cause of Action: | **Proposed removal of Petitioner to Iran violates FARRA, which prohibits the government from returning a noncitizen to a country where "the alien's life or freedom would be threatened in that country because of the alien's race, religion, nationality, membership in a particular social group, or political opinion." 8 U.S.C. § 1231(b)(3)(A).** |
| VII. Requested in Complaint | |
| Class Action: | **No** |

Dollar Demand:

**No**

Jury Demand:

VIII. This case **is not related** to another case.

**Signature:** Alyssa Dormer

**Date:** 12/09/2025

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.

Revised: 01/2014