Gregory J. Kuykendall, Bar # 012508
Alyssa Dormer, Bar # 038617
KUYKENDALL & ASSOCIATES
531 S Convent Ave
Tucson, AZ 85701
Tel: (520) 792-8033
greg@kuykendall-law.com
alyssa@kuykendall-law.com
Attorneys for Petitioner

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Hamidreza Esmaeili,<br><br>                    Petitioner,<br><br>v.<br><br>John Cantu, Immigration and Customs<br>Enforcement Phoenix Field Office Director, and<br>Todd Lyons, Acting Director U.S.<br>Immigrations and Customs Enforcement, and<br>Luis Rosa, Jr., Warden, Central Arizona<br>Florence Correctional Complex, and<br>Pamela Bondi, U.S. Attorney General, and<br>Kristi Noem, U.S. Secretary<br>of Homeland Security,<br><br>                    Respondents. | Case No.<br>CV-25-04539-PHX-KML(JZB)<br><br>Motion to Withdraw Complaint<br>and Motion for Temporary<br>Restraining Order |

## MOTION TO WITHDRAW COMPLAINT AND MOTION FOR TEMPORARY RESTRAINING ORDER

Petitioner respectfully seeks the Court's permission to voluntarily withdraw his

Complaint and Motion for a Temporary Restraining Order without prejudice due to

significant developments. First, Petitioner was not removed to Iran on December 7, 2025, rendering the Temporary Restraining Order moot. Second, upon information and belief, Petitioner was returned to El Paso, Texas, meaning that any further challenge is outside of the jurisdiction of this court.

Respectfully submitted,

/s/ Andrew Heinrich
Andrew Heinrich
Bar Number: 5925433
Supervising Attorney

Project Rousseau, Inc.
1560 Broadway, Suite 805
New York, NY 10036

Email: Andrew.Heinrich@projectrousseau.org
Phone: (917) 734-7219

*Pro Bono Counsel for Petitioner*
*Applying for Admission *Pro Hac Vice*

/s/ Gregory Kuykendall
Name: Gregory Kuykendall
Bar Number: 012508

531 S. Convent Ave.
Tucson, AZ 85701

Email: greg@kuykendall-law.com
Phone: (520) 275-1597

*In-State Counsel*

- 2 -

/s/ Alyssa Dormer
Name: Alyssa Dormer
Bar Number: 038617

531 S. Convent Ave.
Tucson, AZ 85701

Email: alyssa@kuykendall-law.com
Phone: (520) 792-8033

*In-State Counsel*

- 3 -