**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Hamidreza Esmaeili, | ) |
| | ) Case No. |
| Petitioner, | ) CV-25-04539-PHX-KML(JZB) |
| | ) |
| v. | ) (Proposed) Order Granting |
| | ) Petitioner's Motion to |
| John Cantu, Immigration and Customs | ) Withdraw Complaint and |
| Enforcement Phoenix Field Office Director, and | ) Motion for Temporary |
| Todd Lyons, Acting Director U.S. | ) Restraining Order |
| Immigrations and Customs Enforcement, and | ) |
| Luis Rosa, Jr., Warden, Central Arizona | ) |
| Florence Correctional Complex, and | ) |
| Pamela Bondi, U.S. Attorney General, and | ) |
| Kristi Noem, U.S. Secretary | ) |
| of Homeland Security, | ) |
| | ) |
| Respondents. | ) |
| _____ | ) |

Pursuant to Petitioner Esmaeili's Motion to Withdraw Complaint and Motion for Temporary Restraining Order, and good cause appearing therefore;

IT IS ORDERED that Petitioner, Hamidreza Esmaeili, be permitted to voluntarily withdraw his Complaint and Motion for Temporary Restraining Order without prejudice.

DATED this _____ day of December, 2025

_____
Hon. Krissa M. Lanham